# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

Orange Orlando Division

In re: Oral Gray
Real party in Interest(jus personarum).
ORAL GRAY, infant/minor

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CAPITAL ONE AUTO FINANCE.
MICHAEL C. SLOCUM
OLIVIA F.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 6:19-cv-1768-ORL-40LRH
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Oral Gray |
| Street Address | RFD 1109 Nolton Way |
| City and County | Orlando |
| State and Zip Code | Florida [32822] |
| Telephone Number | 407-595-6960 |
| E-mail Address | ogray5@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CAPITAL ONE AUTO FINANCE |
| Job or Title *(if known)* | N/A |
| Street Address | 7933 PRESTON RD |
| City and County | PLANO |
| State and Zip Code | TX 75024 |
| Telephone Number | 800-227-3863 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | MICHAEL C. SLOCUM |
| Job or Title *(if known)* | PRESIDENT |
| Street Address | 7933 PRESTON RD |
| City and County | PLANO |
| State and Zip Code | TX 75024 |
| Telephone Number | 800-227-3863 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | OLIVIA F. |
| Job or Title *(if known)* | unknown |
| Street Address | 7933 PRESTON RD |
| City and County | PLANO |
| State and Zip Code | TX 75024 |
| Telephone Number | 800-227-3863 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Oral Gray, is a citizen of the United State of America State of *(name)* Florida.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* MICHAEL C. SLOCUM is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* CAPITAL ONE AUTO FINANCE, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* __CAPITAL ONE AUTO FINANCE__, owes the plaintiff *(specify the amount)* $ __100,000__, because *(use one or more of the following, as appropriate)*:

On March 20th, 2019; I (oral gray) mailed a bill of exchange in the amount of $18,285.20, with instructions on, how to *set off* a debt owed to, CAPITAL ONE AUTO FINANCE. At the same time I also sent a letter to, Secretary of the Treasury **Steven Mnuchin,** informing the Treasury of my bill of exchange to *Capital One Auto Finance.*

On April 6, 2019 I received a letter from a Olivia F. stating that they denies any allegation that I'm alleging, and that they have rejected my payment, however there was no explanation as to why, or was an attempt to tender payment with the instrument, even though the documents were sent with clear instructions. Also my negotiable instruments were never mailed back to me.

It is on these grounds that I'm suing *CAPITAL ONE AUTO FINANCE* and the named employees, **OLIVIA F.** and the president of *CAPITAL ONE AUTO FINANCE,* **Michael C. Slocum** in the amount of, **$100,000.00** for breach of contract, NOT returning my negotiable instrument, loss of my vehicle, the income lost by not having transportation to see clients and my valuables in the vehicle, which were destroyed disposed of by **ASSET INVESTATION AND RECOVERY,** the repossession company.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/10/2019

Signature of Plaintiff
Printed Name of Plaintiff    Oral Gray

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address